United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HAGESETH III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DISTRICT ATTORNEY JAMES P. FOX;<br>DEPUTY DISTRICT ATTORNEY PETER<br>LYNCH; DEPUTY DISTRICT ATTORNEY<br>JENNIFER M. OW; GOVERNOR ARNOLD<br>SCHWARZENEGGER; and DOES 1-25,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C 06-05333 JSW<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

　　　　On September 18, 2006, Plaintiff Christian Hageseth III filed an *ex parte* application for a temporary restraining order against Defendants District Attorney James P. Fox, Deputy District Attorney Peter Lynch, Deputy District Attorney Jennifer M. Ow, Governor Arnold Schwarzenegger and Does 1-25 (collectively "Defendants"). Hageseth seeks a temporary restraining order to enjoin Defendants from extraditing him to the State of California pending his appeal of certain state court rulings in an underlying criminal case.

　　　　The Court HEREBY ORDERS that Defendants shall file and deliver directly to chambers an opposition to Hageseth's application by no later than 10:00 a.m on September 19, 2006. The Court HEREBY ORDERS that Hageseth shall serve a copy of this Order on Defendants by no later than 2:00 p.m. today, September 18, 2006. A proof of such service must be filed by no later than 4:00 p.m. today, September 18, 2006.

The Court will conduct a hearing on Hageseth's application at 2:00 p.m. on September 19, 2006. In particular, the parties should be prepared address whether the Court should refrain from adjudicating Hageseth's application based on the *Younger* doctrine barring federal courts from enjoining pending state criminal prosecutions. *See Younger v. Harris*, 401 U.S. 37 (1971); *see also Delta Dental Plan of California, Inc. v. Mendoza*, 139 F.3d 1289, 1294 (9th Cir. 1998) (holding that abstention is required when "(i) the state proceedings are ongoing; (ii) the proceedings implicate important state interests; and (iii) the state proceedings provide an adequate opportunity to raise federal questions.")

**IT IS SO ORDERED.**

Dated: September 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2